1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TILE TECH, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>APPIAN WAY SALES, INC., a Washington Corporation and PUGET LITE-PAVERS, INC., a Washington Corporation<br><br>Defendants. | Civil Action No.: 2:17-cv-01660-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT<br><br>**Note on Motion Calendar:**<br>**November 20, 2017** |

## STIPULATION

Plaintiff Tile Tech, Inc. filed its Complaint on November 3, 2017 (Dkt. 1). James E. Doroshow, counsel for Defendants Appian Way Sales, Inc. and Puget Lite-Pavers, Inc. ("Defendants"), accepted service on Defendants' behalf on November 10, 2017. (Dkt. 8). In order to provide Defendants with additional time to answer or otherwise move the Court for relief, and subject to this Court's approval, the parties, by and through their respective counsel of record, hereby stipulate and agree to the following extension of time:

| | **From** | **To** |
|---|---|---|
| Defendants' deadline to answer, or otherwise move the Court for relief, on or before: | December 1, 2017 | December 7, 2017 |

STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME FOR
DEFENDANTS TO ANSWER
COMPLAINT
2:17-cv-01660-JLR .................................................. 1

1

2     DATED this 20th day of November, 2017.

3

4     /s/ Gavin W. Skok                              /s/ Thomas A. Shewmake
      Gavin W. Skok, WSBA No. 29766                  Marc C. Levy, WSBA No. 19203
5     FOX ROTHSCHILD LLP                             Thomas A. Shewmake, WSBA No. 50765
      1001 Fourth Avenue, Suite 4500                 SEED IP LAW GROUP LLP
6     Seattle, WA 98154                              701 Fifth Ave., Suite 5400
      Telephone: (206) 624-3600                      Seattle, WA 98104
7     Fax: (206) 389-1708                            Telephone: (206) 622-4900
      Email: gskok@foxrothschild.com                 Facsimile: (206) 682-6031
8                                                    Email: MarcL@seedip.com
9                                                    Email: TomShewmake@seedip.com
      James E. Doroshow (*pro hac vice* to be filed)
10    FOX ROTHSCHILD LLP
      10250 Constellation Blvd., Suite 900           Kelly W. Cunningham (*pro hac vice*)
11    Los Angeles, CA 90067                          C. Wook Pak (*pro hac vice*)
      Telephone: (310) 598-4150                      CISLO & THOMAS LLP
12    Fax: (310) 556-9828                            12100 Wilshire Boulevard, Suite 1700
      Email: jdoroshow@foxrothschild.com             Los Angeles, California 90025
13                                                   Telephone: (310) 451-0647
14    ***Attorneys for Defendants Appian Way Sales,***  Telefax: (310) 394-4477
      ***Inc. and Puget Lite-Pavers, Inc.***          Email: kcunningham@cislo.com
15                                                   Email: wpak@cislo.com
16
                                                     ***Attorneys for Plaintiff***
17                                                   ***Tile Tech, Inc.***

18

19

20

21

22

23

24

25

26

27
      STIPULATION AND [PROPOSED]
      ORDER TO EXTEND TIME FOR
      DEFENDANTS TO ANSWER
      COMPLAINT
      2:17-cv-01660-JLR .................................................. 2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

1

## [PROPOSED] ORDER

2

IT IS SO ORDERED.

3

DATED this $\underline{21}^{st}$ day of November, 2017

4

5

_____

6

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

7

*Presented by:*

8

9

/s/ Gavin W. Skok                                          /s/ Thomas A. Shewmake
_____                      _____

10   Gavin W. Skok, WSBA No. 29766                 Marc C. Levy, WSBA No. 19203
FOX ROTHSCHILD LLP                              Thomas A. Shewmake, WSBA No. 50765

11   1001 Fourth Avenue, Suite 4500                   SEED IP LAW GROUP LLP
Seattle, WA 98154                                       701 Fifth Ave., Suite 5400

12   Telephone: (206) 624-3600                          Seattle, WA 98104
Telephone: (206) 622-4900

13   Fax: (206) 389-1708                                    Facsimile: (206) 682-6031
Email: gskok@foxrothschild.com             Email: MarcL@seedip.com

14                                                                    Email: TomShewmake@seedip.com
James E. Doroshow (*pro hac vice* to be filed)

15   FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900           Kelly W. Cunningham (*pro hac vice*)

16   Los Angeles, CA 90067                             C. Wook Pak (*pro hac vice*)
Telephone: (310) 598-4150                          CISLO & THOMAS LLP

17   Fax: (310) 556-9828                                    12100 Wilshire Boulevard, Suite 1700
Email: jdoroshow@foxrothschild.com      Los Angeles, California 90025

18                                                                    Telephone: (310) 451-0647
Telefax: (310) 394-4477

19   ***Attorneys for Defendants Appian Way Sales,***   Email: kcunningham@cislo.com
***Inc. and Puget Lite-Pavers, Inc.***              Email: wpak@cislo.com

20

21

22                                                                    ***Attorneys for Plaintiff***
***Tile Tech, Inc.***

23

24

25

26

27

STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME FOR
DEFENDANTS TO ANSWER
COMPLAINT
2:17-cv-01660-JLR ................................................. 3

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

1

## **CERTIFICATE OF SERVICE**

2

3    I hereby certify that on this 20th day of November, 2017, the foregoing was served

4    upon counsel by email and U.S. first class mail, addressed as follows:

5

6    James E. Doroshow
     Fox Rothschild LLP
7    10250 Constellation Blvd., Suite 900
     Los Angeles, CA 90067
8    jdoroshow@foxrothschild.com

9    Gavin W. Skok
     Fox Rothschild LLP
10   1001 Fourth Avenue, Suite 4500
     Seattle, WA 98154-1065
11   gskok@foxrothschild.com

12

13

14
                                   s/Anne Calico/
15                                 Anne Calico

16

17

18

19

20

21

22

23

24

25

26

27
     STIPULATION AND [PROPOSED]
     ORDER TO EXTEND TIME FOR
     DEFENDANTS TO ANSWER
     COMPLAINT
     2:17-cv-01660-JLR ................................................. 4

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900