Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TILE TECH, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>APPIAN WAY SALES, INC., a Washington Corporation and PUGET LITE-PAVERS, INC., a Washington Corporation<br><br>Defendants. | Civil Action No.: 2:17-cv-01660-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO FURTHER EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT<br><br>**Note on Motion Calendar:**<br>**November 30, 2017** |

**STIPULATION**

Plaintiff Tile Tech, Inc. filed its Complaint on November 3, 2017. (Dkt. 1). James E. Doroshow, counsel for Defendants Appian Way Sales, Inc. and Puget Lite-Pavers, Inc. ("Defendants"), accepted service on Defendants' behalf on November 10, 2017. (Dkt. 8). On November 20, 2017, the parties filed a Stipulation and Proposed Order to extend Defendants' deadline to answer, or otherwise move the court for relief, from December 1, 2017 to December 7, 2017. (Dkt. 9). The Court granted the requested extension on November 21, 2017. (Dkt. 10).

The parties hereby request an additional extension of time for Defendants to answer or otherwise move the Court for relief. Defendants have indicated a preliminary desire to file a Rule 12 motion to dismiss in response to the Complaint, and the parties are currently engaged

STIPULATION AND [PROPOSED]
ORDER TO FURTHER EXTEND TIME
FOR DEFENDANTS TO ANSWER
COMPLAINT
2:17-cv-01660-JLR ................................. 1

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

in discussions regarding the issues raised by Defendants. Thus, subject to this Court's approval, the parties, by and through their respective counsel of record, hereby stipulate and agree to the following extension of time:

|  | From | To |
|---|---|---|
| Defendants' deadline to answer, or otherwise move the Court for relief, on or before: | December 7, 2017 | December 18, 2017 |

DATED this 30th day of November, 2017.

/s/Gaven W. Skok
Gavin W. Skok, WSBA No. 29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone: (206) 624-3600
Fax: (206) 389-1708
Email: gskok@foxrothschild.com

James E. Doroshow (*pro hac vice* to be filed)
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Fax: (310) 556-9828
Email: jdoroshow@foxrothschild.com

***Attorneys for Defendants Appian Way Sales, Inc. and Puget Lite-Pavers, Inc.***

/s/Thomas A. Shewmake
Marc C. Levy, WSBA No. 19203
Thomas A. Shewmake, WSBA No. 50765
SEED IP LAW GROUP LLP
701 Fifth Ave., Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031
Email: MarcL@seedip.com
Email: TomShewmake@seedip.com

Kelly W. Cunningham (*pro hac vice*)
C. Wook Pak (*pro hac vice*)
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477
Email: kcunningham@cislo.com
Email: wpak@cislo.com

***Attorneys for Plaintiff Tile Tech, Inc.***

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT
2:17-cv-01660-JLR .................. 2

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED this 3rd day of ~~November~~ December, 2017

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

/s/Gavin W. Skok
Gavin W. Skok, WSBA No. 29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone: (206) 624-3600
Fax: (206) 389-1708
Email: gskok@foxrothschild.com

James E. Doroshow (*pro hac vice* to be filed)
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Fax: (310) 556-9828
Email: jdoroshow@foxrothschild.com

*Attorneys for Defendants Appian Way Sales, Inc. and Puget Lite-Pavers, Inc.*

/s/Thomas A. Shewmake
Marc C. Levy, WSBA No. 19203
Thomas A. Shewmake, WSBA No. 50765
SEED IP LAW GROUP LLP
701 Fifth Ave., Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031
Email: MarcL@seedip.com
Email: TomShewmake@seedip.com

Kelly W. Cunningham (*pro hac vice*)
C. Wook Pak (*pro hac vice*)
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477
Email: kcunningham@cislo.com
Email: wpak@cislo.com

*Attorneys for Plaintiff Tile Tech, Inc.*

STIPULATION AND [PROPOSED]
ORDER TO FURTHER EXTEND TIME
FOR DEFENDANTS TO ANSWER
COMPLAINT
2:17-cv-01660-JLR .................... 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2017, the foregoing was served upon counsel by email and U.S. first class mail, addressed as follows:

James E. Doroshow
Fox Rothschild LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
jdoroshow@foxrothschild.com

Gavin W. Skok
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1065
gskok@foxrothschild.com

/s/Anne Calico
Anne Calico

STIPULATION AND [PROPOSED]
ORDER TO FURTHER EXTEND TIME
FOR DEFENDANTS TO ANSWER
COMPLAINT
2:17-cv-01660-JLR .................................. 4