The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TILE TECH, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APPIAN WAY SALES, INC., a Washington Corporation, and PUGET LITE-PAVERS, INC., a Washington Corporation,<br><br>    Defendants and Counterclaimants.<br><br>-and-<br><br>APPIAN WAY SALES, INC., a Washington Corporation, APPIAN WAY, LLC, a Washington Limited Liability Company, and PUGET LITE-PAVERS, INC., a Washington Corporation,<br><br>    Counterclaimants,<br><br>v.<br><br>TILE TECH, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim Defendant | Case No. 2:17-cv-01660-JLR<br><br>~~(PROPOSED)~~ **ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION** |

THIS MATTER came before the Court on the Joint Motion to Stay Pending Mediation ("Joint Motion") by Defendants and Counter-Plaintiffs Appian Way Sales, Inc. ("Appian") and Puget Lite-Pavers, Inc. ("Puget"), Counter-Plaintiff Appian Way, LLC (collectively with

(PROPOSED) ORDER GRANTING MOTION TO STAY
PENDING MEDIATION - (2:17-CV-01660-JLR) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

172135\00001\55610208.v2-4/26/18

"Appian" and "Puget," "Appian/Puget"), and Plaintiff and Counter-Defendant Tile Tech, Inc. ("Tile Tech").

NOW, THEREFORE, having considered the Joint Motion, and finding good cause, it is ORDERED that the Joint Motion is GRANTED. All deadlines in the above-captioned matter (with the exception of the pending Defendants' Motion to Stay Proceedings Against Puget (Dkt. # 35)) shall be stayed until June 20, 2018 for the purpose of permitting the parties to focus their efforts on settling their dispute in mediation.

It is FURTHER ORDERED that, if the case does not resolve in mediation on or before June 20, 2018:

(1) Appian shall promptly move for partial summary judgment of invalidity under 35 U.S.C. § 102 on the basis of prior invention, printed publication, on sale bar, and related activity by Appian and other third parties ("Appian's Motion for Summary Judgment");

(2) Appian's Motion for Summary Judgment shall not count towards Appian's allotted page count for summary judgment motions pursuant to Local Civil Rule 7(e);

(3) Tile Tech shall not oppose the Appian's Motion for Summary Judgment on the grounds that it is premature;

(4) The remainder of the deadlines in the case shall remain stayed pending resolution of Appian's Motion for Summary Judgment;

(5) Within 14 days of the Court's ruling on Appian's Motion for Summary Judgment, the parties shall submit a revised proposed Scheduling Order to the Court.

(PROPOSED) ORDER GRANTING MOTION TO STAY
PENDING MEDIATION - (2:17-CV-01660-JLR) - 2

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

172135\00001\55610208.v2-4/26/18

IT IS SO ORDERED.

DATED this 26th of April, 2018.

_____
The Honorable James L. Robart
United States District Judge

Presented by:

FOX ROTHSCHILD LLP

By  */s/ Gavin W. Skok*
Gavin W. Skok, WSBA No. 29766

*Attorneys for Defendants/Counterclaimants Appian Way Sales, Inc., Appian Way, LLC, and Puget Lite-Pavers, Inc.*

(PROPOSED) ORDER GRANTING MOTION TO STAY
PENDING MEDIATION - (2:17-CV-01660-JLR) - 3

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

172135\00001\55610208.v2-4/26/18