UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TILE TECH, INC.,<br><br>                  Plaintiff,<br>      v.<br><br>APPIAN WAY SALES, INC., et al.,<br><br>                  Defendants. | CASE NO. C17-1660JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO STAY LITIGATION |

Before the court is Plaintiff Tile Tech, Inc.'s ("Tile Tech") unopposed motion to extend the current stay in these proceedings until August 1, 2018. (Mot. (Dkt. # 49).) The court finds good cause to extend the stay due to the health-related issues described in Tile Tech's motion. (*See id.* at 2.) In addition, Tile Tech represents to the court that Defendants do not oppose the motion. (*Id.*) Accordingly, the court GRANTS Tile Tech's motion (Dkt. # 49) and extends the current stay in this matter (*see* Order (Dkt. # 47)) until August 1, 2018. The court further STRIKES the current case schedule. (*See* Sched. Order (Dkt. # 33).) The court ORDERS the parties to file an amended joint status

report no later August 8, 2018, providing the court with their revised discovery plan and proposed case schedule.  Finally, the parties shall promptly inform the court if this matter settles as a result of the July 18, 2018, mediation.

Dated this 5th day of June, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2