The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TILE TECH, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>APPIAN WAY SALES, INC., a Washington Corporation, and PUGET LITE-PAVERS, INC., a Washington Corporation,<br><br>    Defendants.<br><br>-and-<br><br>APPIAN WAY SALES, INC., a Washington Corporation, APPIAN WAY, LLC, a Washington Limited Liability Company, and PUGET LITE-PAVERS, INC., a Washington Corporation,<br><br>    Counterclaimants,<br><br>v.<br><br>TILE TECH, INC., a California Corporation,<br><br>    Counterclaim Defendant. | Case No. 2:17-cv-01660-JLR<br><br>(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF STAY OF LITIGATION PENDING MEDIATION |

THIS MATTER came before the Court on the Unopposed Motion for Second Extension of Stay of Litigation Pending Mediation ("Unopposed Motion") by Plaintiff and Counter-Defendant Tile Tech, Inc. ("Tile Tech").

NOW, THEREFORE, having considered the Unopposed Motion, and finding good cause, it is ORDERED that the Unopposed Motion is GRANTED. All deadlines in the above-captioned matter shall be stayed until October 1, 2018 for the purpose of permitting the parties to focus their efforts on settling their dispute in mediation. The court advises the parties that it is unlikely to grant further extensions.

It is FURTHER ORDERED that, if the case does not resolve in mediation on or before October 1, 2018:

(1) Appian shall promptly move for partial summary judgment of invalidity under 35 U.S.C. § 102 on the basis of prior invention, printed publication, on sale bar, and related activity by Appian and other third parties ("Appian's Motion for Summary Judgment");

(2) Appian's Motion for Summary Judgment shall not count towards Appian's allotted page count for summary judgment motions pursuant to Local Civil Rule 7(e);

(3) Tile Tech shall not oppose Appian's Motion for Summary Judgment on the grounds that it is premature;

(4) The remainder of the deadlines in the case shall remain stayed pending resolution of Appian's Motion for Summary Judgment;

(5) Within 10 days of the Court's ruling on Appian's Motion for Summary Judgment, the parties shall submit a revised proposed Scheduling Order to the Court.

IT IS SO ORDERED.

DATED this 6th of July, 2018.

_____
The Honorable James L. Robart
United States District Judge

(PROPOSED) ORDER GRANTING MOTION FOR SECOND
EXTENSION OF STAY OF LITIGATION PENDING
MEDIATION
- (2:17-CV-01660-JLR) - 2

SEED IP LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WA 98104
(206) 622-4900

Presented by:

SEED IP LAW GROUP LLP

By /s/Thomas A. Shewmake
Thomas A. Shewmake, WSBA No. 50765
Marc C. Levy, WSBA No. 19203

*Attorneys for Tile Tech, Inc.*

(PROPOSED) ORDER GRANTING MOTION FOR SECOND
EXTENSION OF STAY OF LITIGATION PENDING
MEDIATION
- (2:17-CV-01660-JLR) - 3

SEED IP LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WA 98104
(206) 622-4900